**STATE of Missouri, Respondent,**

v.

**Henry Lee ROBINSON, Appellant.**

**WD 79221**

Missouri Court of Appeals,
Western District.

ORDER FILED: October 17, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied
November 16, 2017

S. Kate Webber, Kansas City, MO,
Counsel for Appellant.

Nathan Aquino, Jefferson City, MO,
Counsel for Respondent.

Before Division Two: Anthony Rex
Gabbert, P.J., Thomas H. Newton, and
Gary D. Witt, JJ.

**ORDER**

Per Curiam:

Mr. Henry Lee Robinson appeals from
the Clay County Circuit Court judgment
following his conviction by jury for driving
while intoxicated. He was sentenced as a
chronic offender to five years in prison.
We affirm. Rule 30.25(b).